IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**OMAR GUYTON**
Reg. #20748-009                                                                                                    **PETITIONER**

Case No. 4:15CV00756 JM-JTK

**ODDO, Warden, et al.**                                                                                   **RESPONDENTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 28th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE